IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLUMBERS AND FITTERS LOCAL UNION 101, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT PLUMBING, LLC, <br><br> Defendant. | Case No. 07-cv-715-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY**

**By:s/Deborah Agans, Deputy Clerk**

Dated: January 23, 2009

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**